# ELECTRONIC RECORD

COA # 03-13-00066-CR          OFFENSE: 2.03

STYLE: Maurice Samuel Arrington v. The State of Texas          COUNTY: Bell

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 426th District Court

DATE: 03/05/15          Publish: NO    TC CASE #:     69198

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Maurice Samuel Arrington v. The State of Texas          CCA #: 328-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/07/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____